THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRINITY BUILDINGS CORPORATION OF NEW YORK, Appellant, against HARRY B. CHAMBERS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [111 and 115 Broadway, Borough of Manhattan.] — (111 Broadway.) Order unanimously modified by reducing the assessed valuations for the years 1944–45 and 1945–46 as follows: land, $2,300,000; building, $1,000,000; total, $3,300,000; and as so modified affirmed, with $10 costs and disbursements to the appellant. Settle order on notice. (115 Broadway.) Order unanimously modified by reducing the assessed valuations for the years 1944–45 and 1945–46 as follows: land, $2,100,000; building, $900,000; total, $3,000,000; and as so modified

affirmed, with $10 costs and disbursements to the appellant. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.